Tuesday, March 25, 2014

No. 14–0334/AF. U.S. v. Aaron J. Jennings. CCA 38230. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted, and that the decision of the United States Air Force Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0334/AF. U.S. v. Aaron J. Jennings. CCA 38230. [See also APPEALS— SUMMARY DISPOSITIONS this date.]

No. 14–0071/AR. U.S. v. Travis D. Jones. CCA 20110679. Appellee's motion for leave to file a supplemental joint appendix granted.

No. 14–0209/AR. U.S. v. Roy L. Stiff, Jr. CCA 20110534. Appellant's motion to file the petition for reconsideration out of time denied.

No. 14–6006/MC. U.S. v. Giovanni Maza. CCA 201300297. Appellee's motion to extend time to file a supplement to the petition for grant of review granted to April 10, 2014.

* It is noted that the military judge neglected to seal Appellate Exhibits IX, X, and XI, pertaining to the admissibility of matters under MRE 412. Accordingly, the Clerk is directed to seal Appellate Exhibits IX, X, and XI.